## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TYSON J. HORNER,<br>　　　　　　　　　　　Defendant. | Case No.  2:22-CR-0060-TOR<br><br>CRIMINAL MINUTES<br><br>DATE:  2/1/2023<br><br>LOCATION:  Spokane 902<br><br>CHANGE OF PLEA HEARING |

**JUDGE THOMAS O. RICE**

| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patrick J. Cashman | | John B. McEntire, IV | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court　　　　　　　　　　　　　　　　　[  ] US Probation Officer: N/A

Defendant present not in USMS custody and assisted by counsel.

No preliminary statements by either party.

Oath administered to Defendant for change of plea.  Defendant confirmed his name as reflected on the plea agreement.

The Court advised Defendant of rights given up by entering a guilty plea including the right to a jury trial and certain appeal rights. The Court confirmed Defendant's understanding of the elements and facts required to be proven to obtain a conviction and the maximum penalties.

Defendant pleaded guilty to the Indictment, and the Court accepted his plea as knowing and voluntarily. The Court found Defendant fully competent and aware of the charges against him and the consequences of the plea.

The Court ordered a Presentence Investigation Report and set sentencing for **5/3/2023 at 9:00 a.m.**

Defendant released on previously imposed conditions pending sentencing.

| CONVENED: 8:32 AM | ADJOURNED: 8:41 AM | TIME: 9 MINS | ORDER FORTHCOMING [X] |
|---|---|---|---|