# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Horner, Tyson J. | Docket No. | 0980 2:22CR00060-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Tyson J. Horner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 20th day of October 2022 (ECF No. 27), as well as the 28th day of December 2022 (ECF No. 33), under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 26, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Horner (ECF No. 27). Mr. Horner acknowledged an understanding of the conditions at that time.

**Violation #4:** Tyson J. Horner is alleged to have violated his conditions of his pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine, and fentanyl on March 2, 2023.

On March 2, 2023, Mr. Horner reported to the U.S. Probation Office and provided a urine sample that tested presumptive positive for the presence of amphetamine, methamphetamine, and fentanyl. Mr. Horner denied ingesting any illegal controlled substances at that time. Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On March 6, 2023, Mr. Horner contacted the undersigned officer telephonically and verbally admitted he had not been honest after testing presumptive positive on March 2, 2023. Mr. Horner admitted that he ingested methamphetamine and fentanyl on or about February 28, 2023.

On March 10, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine, methamphetamine, norfentanyl, and fentanyl. It should be noted, Alere confirmed the above-noted urine specimen was also dilute.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: | March 14, 2023 |
| by | s/Erik Carlson | |
| | Erik Carlson U.S. Pretrial Services Officer | |

**Re: Horner, Tyson J.**
**March 14, 2023**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

March 14, 2023
Date