# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Horner, Tyson J. | Docket No. | 0980 2:22CR00060-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tyson J. Horner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 20th day of October 2022 (ECF No. 27), as well as the 28th day of December 2022 (ECF No. 33), under the following conditions:

**Standard Condition #9 (ECF No. 27):** Defendant shall refrain from the use or unlawful possession of a drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #14 (ECF No. 27):** Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 26, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Horner (ECF No. 27). Mr. Horner acknowledged an understanding of the conditions at that time.

**Violation #5:** Tyson J. Horner is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence amphetamine, methamphetamine and cocaine, between February 16 and 28, 2023.

On February 16, 2023, Mr. Horner reported to the U.S. Probation Office to provide a urine sample for the purpose of drug testing. After approximately 80 minutes, Mr. Horner was unable to provide a urine sample. Subsequently, the undersigned officer applied a sweat patch to Mr. Horner's arm to determine if he had been ingesting illegal controlled substances.

On February 28, 2023, Mr. Horner reported to the U.S. Probation Office. The sweat patch was removed and sent to Clinical Reference Laboratory (CRL), for analysis.

On March 16, 2023, CRL confirmed the above-noted sweat patch tested positive for the presence amphetamine, methamphetamine and cocaine.

On March 22, 2023, the undersigned officer confronted Mr. Horner about testing positive for illegal controlled substances. Mr. Horner acknowledged he ingested fentanyl and methamphetamine around the time the sweat patch was applied. He denied knowingly using cocaine, but suspected that substance may have been in the fentanyl he ingested.

**Violation #6:** Tyson J. Horner is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl on March 19, 20 and 21, 2023.

On March 22, 2023, Mr. Horner reported to the U.S. Probation Office and attempted to use a device to tamper with the efficiency and accuracy of the drug test being administered. Upon discovery of this device, Mr. Horner admitted to ingesting fentanyl on March 19, 20, and 21. Mr. Horner stated he ingested approximately 5 fentanyl pills each day he used the substance. Subsequently, Mr. Horner signed a substance abuse admission form acknowledging his use of fentanyl.

**Violation #7:** Tyson J. Horner is alleged to have violated the conditions of pretrial release supervision by attempting to use a device to defeat the substance abuse testing process on March 22, 2023.

On March 22, 2023, Mr. Horner reported to the U.S. Probation Office for the purpose of drug testing. During the drug testing process, the undersigned officer observed Mr. Horner attempting to use a device to obstruct or tamper with the efficiency and accuracy of the substance abuse testing process, which was concealed underneath his clothing. Upon being confronted, Mr. Horner removed the device from his body and gave the device to the undersigned officer. He acknowledged he was attempting to use synthetic urine to defeat the testing process.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT AND TO ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 22, 2023

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

March 23, 2023
Date