AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 04, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>TYSON J. HORNER,<br>*Defendant* | )<br>)  Case No.  2:22-CR-0060-TOR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TYSON J. HORNER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:

See Petition dated March 22, 2023.

Date: Mar 23, 2023, 2:19 pm

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/23/23 , and the person was arrested on *(date)* 3/24/23
at *(city and state)* Spokane, WA

Arrested within the E/WA
By: USMS
(Agency)  *Arresting officer's signature*
Executed On: 3/24/23
Sign: Reagan R. Schraner, USMS

Date: 3/24/23

*Printed name and title*