# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v.  TYSON J. HORNER**          **Case No.   2:22-CR-0060-TOR-1**

## Revocation of Pretrial Release Hearing:         05/01/2023

| | | | |
|---|---|---|---|
| ☒ | Lee Reams, Courtroom Deputy | ☒ | Patrick Cashman, US Atty |
| ☒ | Erik Carlson, US Probation / Pretrial Services | ☒ | Jay McEntire, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | AO 199C Advice of Penalties/Sanctions |

## REMARKS

Defendant appeared, in custody, with counsel.
Defendant proffered that Defendant wished to admit to violations 1, 4, 5, 6, and 7.
Defendant admitted to violations 1, 4, 5, 6 and 7.
Court dismissed violations 2 and 3.
Court finds the admissions knowing, intelligent and voluntary.

Defense counsel made factual proffers why defendant should maintain pretrial release citing childhood and recent factors. Proposes release conditions to include GPS monitoring, surrendering his license, home detention.

Colloquy between Court and Defense counsel regarding logistics around an existing DOC detainer.
Defendant addressed the Court.

USA proffered and argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

Colloquy between Court and USA regarding the logistics regarding the existing DOC detainer.

Court Orders a status hearing be set for Monday, May 8, 2023 at 2:30 p.m. to allow parties to work on the DOC detainer matter.

**The Court ordered:**
1. Status Hearing set for May 8, 2023 at 2:30 p.m.
1. USA's Motion for Detention will be addressed at the Status Hearing on May 8th at 2:30 p.m.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.

**Status Hearing/Motion Hearing:**
**05/08/2023 @ 2:30 p.m. [S/JAG]**