# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. TYSON J. HORNER**      Case No. 2:22-CR-0060-TOR-1

**Status Hearing:**     05/08/2023

- ☒ Lee Reams, Courtroom Deputy [S]
- ☒ Melissa Hanson, US Probation / Pretrial Services
- ☒ Defendant present ☒ in custody USM ☐ out of custody
- ☒ Patrick Cashman, US Atty
- ☒ Jay McEntire, Defense Atty
- ☒ Interpreter **NOT REQUIRED**
- ☐ Defendant not present / failed to appear

## REMARKS

Defendant appeared, in custody, with counsel.

Status hearing set to discuss progress on existing DOC detainer matter regarding Defendant.

Defense counsel addressed the court regarding plan and procedure necessary to address DOC detainer.

Government addressed the Court and does not object to the plan.

Colloquy between Court, Defense counsel and USA.

**The Court ordered:**
1. Government and Defense counsel to work together and present Proposed Order regarding the plan to address the DOC detainer and send to Chambers for review.